IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIENACORP. dba ME-N-ED'S GRILL & CANTINA; PHOENIX LAND ENTERPRISES, LLC,<br><br>　　　　Defendants. | Case No. 1:18-cv-00622-DAD-EPG<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SIENACORP. dba ME-N-ED'S VICTORY GRILL & CANTINA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 9) |

　　　On July 16, 2018, the parties filed a stipulation (ECF No. 9) for an extension of time for Defendant SIENACORP. dba ME-N-ED'S VICTORY GRILL & CANTINA to respond to Plaintiff's Complaint. Pursuant to the stipulation, and good cause appearing therefor,

　　　IT IS ORDERED that the deadline for Defendant SIENACORP. dba ME-N-ED'S VICTORY GRILL & CANTINA to respond to Plaintiff's Complaint is extended to July 26, 2018.

IT IS SO ORDERED.

　　　Dated: **July 17, 2018**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1