IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIENACORP. dba ME-N-ED'S VICTORY GRILL & CANTINA; PHOENIX LAND ENTERPRISES, LLC,<br><br>　　　　Defendants. | Case No. 1:18-cv-00622-DAD-EPG<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SIENACORP. dba ME-N-ED'S VICTORY GRILL & CANTINA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 8) |

　　On July 16, 2018, the parties filed a stipulation (ECF No. 8) for an extension of time for Defendant PHOENIX LAND ENTERPRISES, LLC, to respond to Plaintiff's Complaint. Pursuant to the stipulation, and good cause appearing therefor,

　　IT IS ORDERED that the deadline for PHOENIX LAND ENTERPRISES, LLC, to respond to Plaintiff's Complaint is extended to July 30, 2018.

IT IS SO ORDERED.

　　Dated:　**July 18, 2018**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1