UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>SIENACORP, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00622-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 24) |

On October 16, 2018, Plaintiff Jose Acosta and Defendants Sienacorp, dba Me-N-Ed's Victory Grill and Cantina, and Phoenix Land Enterprises, LLC, filed a stipulation to dismiss the entire action with prejudice. (ECF No. 24.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2018**         /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE